1  MELINDA L. HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA KANE (CASBN 150630)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California 94102
6      Telephone: (415) 436-7168

7  Attorneys for the Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,          )    No. CR 11-0566 RS
                                      )
12         Plaintiff,                 )
                                      )
13         v.                         )    STIPULATION AND
                                      )    [PROPOSED] ORDER TO EXCLUDE
   ANTHONY HUNTER,                    )    TIME UNDER THE SPEEDY TRIAL ACT
14                                    )
           Defendant.                 )
15 _____)

16

17         The parties stipulated and agreed at the initial hearing before the court on October 25,

18 2011, that a status hearing should be set for November 15, 2011, and it was so ordered by the

19 court.  It was further stipulated that time under the Speedy Trial Act should be excluded from

20 October 25 to November 15, 2011, the Court having found the ends of justice are best served by

21 such continuance so that continuity of counsel can be maintained and defense counsel could

22 further prepare and

23 //

24 //

25 //

26 //

27 //

28
   STIP. AND [PROPOSED] ORDER
   CASE NO. CR 11-0566 RS                    1

//

such continuity and preparation outweigh the best interests of public and defendants in a speedy

trial. 18 U.S.C. 3161.


.DATED: November 14, 2011

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division


_____/s/_____
C. DAVID HALL
Assistant United States Attorney


IT IS SO ORDERED

DATED: 11/14/11


RICHARD SEEBORG
United States District Court Judge